IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L AMERSON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:24-CV-149 (MTT) |
| Commissioner OLIVER, et al.,, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 8/21/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk